UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LOPEZ, | CASE NO. CV F 13-2037 LJO MJS |
| Plaintiff, | **RECUSAL ORDER** |
| vs. | |
| PARAGON SYSTEMS, INC., et al., | |
| Defendants. | |

On the basis of good cause, U.S. District Judge Lawrence J. O'Neill recuses himself from this case and DIRECTS this Court's clerk to reassign another district judge to this case. Upon reassignment, all papers shall bear the new case number with the new district judge's initials. Judge O'Neill will take no further action in this case.

IT IS SO ORDERED.

Dated:  **January 24, 2014**                /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1