1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LOPEZ, | Case No. 1:13-cv-02037-AWI-MJS |
|          Plaintiff, | **ORDER CONDITIONALLY GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENT** |
| v. | |
| PARAGON SYSTEMS, INC. dba PARASYS, INC., a California corporation, SECURITY CONSULTANTS GROUP, INC., a California corporation; PINKERTON GOVERNMENT SERVICES, INC., a California corporation; SECURITAS SECURITY SERVICES USA, INC., a California corporation and Does 1 through 100, inclusive, | |
|          Defendants. | |

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

        Having read and considered the papers submitted in support of Defendant Paragon Systems, Inc.'s request to seal documents and considering  the pending motion to stay these proceedings, the Court finds good cause to conditionally have Exhibit "E" to Plaintiff Victor Lopez's motion for class certification filed under seal. The matter shall be revisited after the resolution of the motion to stay, if required.

        Based on the foregoing, Defendant's request to seal documents is conditionally GRANTED.  The Clerk of the Court is directed to file under seal

1

Exhibit "E" in support of Plaintiff's motion for class certification.  (ECF No. 5-2, pgs. 73-107).  Only the parties' counsel of record and the Court and its staff shall have access to the document.

IT IS SO ORDERED.

Dated:   __February 6, 2014__          __/s/ *Michael J. Seng*__

UNITED STATES MAGISTRATE JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

2

ORDER RE: DEFENDANT'S REQUEST TO SEAL DOCUMENTS

1:13-CV-02037-LJO-MJS