UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LOPEZ,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>PARAGON SYSTEMS, INC., et al.,<br><br>　　　　　Defendants | CASE NO. 1:13-CV-2037 AWI MJS<br><br>ORDER ON MOTION TO CERTIFY AND CERVANTES DECLARATION<br><br>(Doc. Nos. 4, 5) |

　　　This is a class action case. On January 9, 2014, Plaintiff filed a motion to certify the class. See Doc. No. 4. Also on January 9, 2014, Plaintiff's counsel filed the declaration of Gina Cervantes in support of the motion, but improperly entered the declaration in the docket as a motion. See Doc. No. 5.

　　　On May 14, 2014, this Court adopted a Findings and Recommendation and stayed this case. See Doc. No. 23. However, Plaintiff's motion to certify the class remains pending.

　　　The Court cannot have motions pending in a case that has been stayed. The Court will administratively deny Plaintiff's motion to certify, but the denial will be without prejudice to refiling the motion once the stay has been lifted. To be clear, the denial of the motion to certify is not on the merits.

　　　Additionally, for administrative and docketing purposes, the Court will deny Doc. No. 5 because it is not a motion at all. The "denial" will not have the effect of striking the declaration. If Plaintiff refiles his motion to certify, the Court will consider the Cervantes declaration.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to certify (Doc. No. 4) is DENIED without prejudice to refiling once the stay in this case is lifted; and

2. The declaration that was entered as a motion (Doc. No. 5) is "denied" as having been erroneously entered as a motion.

IT IS SO ORDERED.

Dated:   September 19, 2014                         _____
                                                    SENIOR DISTRICT JUDGE