1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VICTOR LOPEZ,                          No.  1:13-cv-02037-DAD-MJS

12                 Plaintiff,

13        v.                                ORDER DIRECTING CLERK OF THE
                                            COURT TO CLOSE THE CASE
14   PARAGON SYSTEMS, INC. d/b/a
     PARASYS, INC., a California corporation;   (Doc. No. 31)
15   SECURITY CONSULTANTS GROUP,
     INC., a California corporation;
16   PINKERTON GOVERNMENT
     SERVICES, INC., a California
17   corporation; SECURITAS SECURITY
     SERVICES USA, INC., a California
18   corporation and DOES 1 through 100,
     inclusive,
19
                  Defendants.
20

21

22        On May 11, 2016, the parties filed a joint stipulation dismissing the action in its entirety

23   with prejudice and with each party to bear its own costs and attorneys' fees.  (Doc. No. 31.)  In

24   light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P.

25   41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been

26   /////

27   /////

28   /////

                                         1

1   dismissed with prejudice without an award of attorneys' fees and costs to either party.

2   Accordingly, The Clerk of the Court is directed to close the case.

3

4   IT IS SO ORDERED.

5   Dated:  __**May 12, 2016**__                                        

6                                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28